**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

MASSACHUSETTS NURSES ASSOCIATION,
Plaintiff,

v.

CIVIL ACTION NO. 25cv12211-BEM

BRIGHAM AND WOMEN'S HOSPITAL,
Defendant.

**FINAL JUDGMENT**

MURPHY, D.J.

Pursuant to the Bench trial held on October 20, 2026, IT IS ORDERED, ADJUDGED AND DECREED:

Judgment for the Defendant against the Plaintiff.

The case is DISMISSED with prejudice.

BY THE COURT,

Dated: October 20, 2026

/s/ Barbara I Beatty
Deputy Clerk